# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JUAN GUTIERREZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-11-145-R |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered February 17, 2011. Doc. No. 4. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the petition herein for a writ of habeas corpus pursuan to 28 U.S.C. § 2241 is DISMISSED without prejudice for lack of jurisdiction.

IT IS SO ORDERED this 14th day of March, 2011.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE